# MCDONALD'S CORPORATION PLAINTIFF CONSENT FORM

I hereby consent to join the action entitled *Justison et al., v. McDonald's Corp.*, Case No. 1:08-cv-00448-JJF, against McDonald's Corporation ("McDonald's") as a plaintiff to assert claims for overtime pay arising out my employment at McDonald's, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201, *et seq.*

I work/worked for McDonald's as an Assistant Manager from April 22, 2007 through September 4, 2007. I attended an initial training period during this time. During my initial training period, I worked over 40 hours per week for McDonalds and did not receive overtime compensation.

I hereby designate the Law Offices of Timothy J. Wilson, Berger & Montague, P.C., and Schneider Wallace Cottrell Brayton Konecky LLP to represent me for all purposes in this action.

JOSEPH M. CAPTTANI, JR.
Name

2462 WINTER HAVEN DR.
NEWARK, DE 19702
Address

J. Captj.
Signature                                     Date

302-981-0971
Telephone Numbers

JMCJ420@YAHOO.COM
Email Address

8190
Last Four Digits of Social Security Number

NANCY FRIEDMAN  302-602-1468
Emergency Contact (in case we lose contact)

Fax, Mail or Email to:    Shanon Carson, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-4656
Fax: (215) 875-3053
Email: scarson@bm.net