## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 18, 2009

Timothy J. Wilson, Esquire
The Wilson Firm
24 Deerborne Trail
Newark, DE 19702

Maribeth L. Minella, Esquire
Young, Conaway, Stargatt & Taylor
P. O. Box 391
Wilmington, DE 19899-0391

        RE:    Justison, et al. v. McDonald's Corporation
                Civil Action No. 08- 448 JJF

Dear Counsel:

       Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.3, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, March 9, 2009**.

       Attached is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

       If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Attachment
cc: Clerk, U.S. District Court