

# THE FIRM
## AN EMPLOYMENT LAW FIRM

TIMOTHY J. WILSON, ESQUIRE
24 DEERBORNE TRAIL ♦ NEWARK, DE 19702 ♦ TELEPHONE 302-286-1100 ♦ FACSIMILE 302-286-1112 ♦ TWILSON@WILSONFIRMLLC.COM

OCTOBER 6, 2010

Hon. Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6100
Wilmington, DE 19801-3556

        **Re:**    *Justison, et al. v McDonald's Corporation*,
                 **C.A. No. 08-448 (LPS)**

Dear Judge Stark:

      This letter is submitted jointly on behalf of all parties in the above-referenced matter.

      As you know, the parties have reached a settlement in this case. Yesterday, the parties filed their joint motion for approval of the settlement agreement. Because the motion was filed jointly, a hearing and oral argument is requested only in the event that the Court considers it necessary. The parties' Settlement Agreement is attached as Exhibit 1 to the joint motion, and the parties submitted an agreed form of Order approving the settlement.

      Should the Court have any questions concerning the joint motion, the parties are available for a telephone conference or hearing. Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              */s/ Timothy J. Wilson*
                                              Timothy J. Wilson

cc:    Clerk of Court (via CM/ECF and U.S. Postal Mail) ✓
         Scott Holt, Esq. (via CM/ECF and email)
         James Higgins, Esq. (via CM/ECF and email)