IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALISSA M. JUSTISON and JOSEPH M. CAPITANI, JR, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S CORPORATION (a Delaware corporation),<br><br>Defendant. | C.A. No. 08-448 (LPS) |

**JOINT STIPULATION AND PROPOSED ORDER**
**REGARDING FINAL JUDGMENT AND DISMISSAL**

This 19th day of July, 2011, the parties having met and conferred and agreed to this Joint Stipulation and Proposed Order, and:

WHEREFORE, the parties in this action have settled Plaintiffs' claims alleging unpaid wages and other damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and all other Claims Released in the Settlement Agreement between the parties;

WHEREFORE, on November, 9, 2010, this Court granted approval to the parties' Settlement Agreement as a fair and reasonable resolution of the parties' dispute and certified this action as an FLSA collective action pursuant to 29 U.S.C. § 216(b) for the purposes of settlement on behalf of "all individuals employed in the United States as Assistant Manager Trainees by McDonald's Corporation during the period of time from February 23, 2006 to July 16, 2010" ("the potential Opt-In Plaintiffs") (Doc. No. 88.);

WHEREFORE, also on November 9, 2010, this Court approved the contents of the Notice of Fair Labor Standards Act Settlement and Claim and Opt In Form (collectively "the

Notice"), and the Notice was subsequently sent to the potential Opt-In Plaintiffs. The Court finds that the notice fairly and adequately informed class members of the terms of the settlement, was consistent with federal law, and satisfied the requirements of due process;

WHEREFORE, all terms and conditions of the parties' Settlement Agreement have been followed as attested to by the Declaration Of Shanon J. Carson On Behalf Of Plaintiffs' Counsel, attached as Exhibit 1, and the Final Declaration Of Abigail Schwartz On Behalf Of Rust Consulting, Inc. (the settlement administrator appointed by the Court), attached as Exhibit 2;

IT IS HEREBY ORDERED:

The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

| THE WILSON FIRM | PARKOWSKI, GUERKE & SWAYZE, P.A. |
|---|---|

/s/ Timothy J. Wilson
Timothy J. Wilson (DE Bar #4323)
THE WILSON FIRM
24 Deerborne Trail
Newark, DE 19702-2044
Tel: (302) 494-0463
Fax: (302) 286-1112
twilson@wilsonfirmllc.com

Jonathan D. Berger
Shanon J. Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-4656
Fax: (215) 875-3053
scarson@bm.net

Todd M. Schneider
Joshua Konecky
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs*

/s/ Michael W. McDermott
Michael W. McDermott, (DE Bar #4434)
Michael W. Arrington, (DE Bar #3603)
800 King Street, Suite 203
Wilmington, Delaware 19801
(302) 654-3300
mmcdermott@pgslegal.com
marrington@pgslegal.com

Paul R. Garry
Erika Dillon
Jason E. Barsanti
MECKLER BULGER TILSON MARICK &
PEARSON LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
paul.garry@mbtlaw.com,
erika.dillon@mbtlaw.com

*Attorneys for Defendant*

DATED: July __, 2011

SO ORDERED this __21st__ day of __July__, 2011.

_____
UNITED STATES DISTRICT JUDGE

3